## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        v.

Criminal Action No. 22- 17- UNA

KIMON BURTON-ROBERSON,
    a/k/a "K-Rocc,"
    a/k/a "Rocc-Starr"

        Defendant.

REDACTED

FILED UNDER SEAL

SEALED UNSEALED 3/3/22

FEB 2 2 2022

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

### (Conspiracy to Commit Kidnapping)

1.      On or about July 21, 2021, in the District of Delaware, Eastern District of Pennsylvania, and elsewhere, the defendant **KIMON BURTON-ROBERSON** conspired and agreed together and with others, known and unknown to the grand jury, to knowingly and unlawfully seize, confine, inveigle, kidnap, abduct, and carry away and hold for ransom, reward, and otherwise, an individual identified here as Victim 1, and in committing and in furtherance of the commission of the offense traveled in interstate commerce, used means, facilities, and instrumentalities of interstate and foreign commerce, and willfully transported Victim 1 in interstate commerce, resulting in the death of Victim 1, in violation of Title 18, United States, Code, Sections 1201(a)(1) and (c).

## MANNER AND MEANS

It was part of the conspiracy that:

2.     On July 21, 2021, members of the conspiracy, including **KIMON BURTON-ROBERSON**, entered a residence in Wilmington, Delaware, beat Victim 1 with a blunt object, and removed him from the residence.

3.     Members of the conspiracy, including **KIMON BURTON-ROBERSON**, used a green Jeep Cherokee, registered to **KIMON BURTON-ROBERSON**, to seize, confine, inveigle, kidnap, abduct, and carry away Victim 1 from the residence in Wilmington, Delaware.

4.     Members of the conspiracy, including **KIMON BURTON-ROBERSON**, killed Victim 1 and left Victim 1's body near an industrial park in Delaware County, Pennsylvania.

## OVERT ACTS

5.     At or around 12:43 a.m. on the morning of July 21, 2021, members of the conspiracy drove a green Jeep Cherokee, registered to **KIMON BURTON-ROBERSON**, to a residence in Wilmington, Delaware where they knew Victim 1 to be staying.

6.     Members of the conspiracy entered the residence and the bedroom where Victim 1 was located, where they beat Victim 1 with a blunt object until Victim 1 was bleeding.

7.     Members of the conspiracy, including **KIMON BURTON-ROBERSON**, bound Victim 1's hands with zip ties, removed Victim 1 from the Wilmington, Delaware home, and put Victim 1 into the green Jeep Cherokee.

8.     Members of the conspiracy, including **KIMON BURTON-ROBERSON** drove Victim 1 in the green Jeep Cherokee across state lines into Pennsylvania, stopping at or near a residence associated with **KIMON BURTON-ROBERSON** in Philadelphia, Pennsylvania.

9.      At least one member of the conspiracy, shot Victim 1 in the head.  Victim 1 died as a result of this gunshot wound.

10.     Members of the conspiracy left Victim 1 in an industrial park in Delaware County, Pennsylvania.  At or around 2:50 am on July 21, 2021, members of the conspiracy, including **KIMON BURTON-ROBERSON**, reversed the green Jeep Cherokee into a parking space in the parking lot of the industrial park.  At or around 2:57 a.m. on July 21, 2021, members of the conspiracy, including **KIMON BURTON-ROBERSON**, drove the green Jeep Cherokee out of the parking lot where they had left Victim 1.

All in violation of Title 18, United States Code, Sections 1201(a)(1) and (c).

## COUNT TWO

### (Kidnapping)

11.     Paragraphs 2-10 are re-alleged herein.

12.     On or about July 21, 2021, in the District of Delaware, Eastern District of Pennsylvania, and elsewhere, defendant **KIMON BURTON-ROBERSON** did knowingly and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away, and hold for ransom, reward, and otherwise Victim 1, and in committing and in furtherance of the commission of the offense did willfully transport Victim 1 in interstate commerce from the District of Delaware to the Eastern District of Pennsylvania, and aided and abetted the same, resulting in the death of Victim 1.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## ALLEGATIONS OF SPECIAL FINDINGS FOR DEATH ELIGIBLE OFFENSES

**KIMON BURTON-ROBERSON** is over the age of 18.

In conspiring to violate 18 U.S.C. § 1201(a)(1) and in violating 18 U.S.C. § 1201(a)(1) defendant **KIMON BURTON-ROBERSON** intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, namely Victim 1, that such participation in the act constituted a reckless disregard for human life and Victim 1 died as a direct result of that act, as those terms are set for in 18 U.S.C. § 3591(a)(2)(D).

Additional statutory aggravating factors pursuant to 18 U.S.C. § 3592(c) as to defendant **KIMON BURTON-ROBERSON** include: (c)(1) – that the death occurred during the commission of a kidnapping, in violation of 18 U.S.C. § 1201(a), and (c)(6) – that **KIMON BURTON-ROBERSON** committed the offense in a heinous, cruel, and depraved manner, namely serious physical abuse to the Victim 1 prior to Victim 1's death.

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Counts One or Two of this Indictment, the defendant **KIMON BURTON-ROBERSON** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 18, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s).

If any of the property described above, as a result of any action or omission of the defendant:

    a.  Cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Sections 853(p).

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Ruth Mandelbaum
Assistant United States Attorney

Date: 2/22|22

GRAND JURY FOREPERSON

I, _K. MON BURTON - ROBESON_ having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of _Not_ guilty to the Indictment filed in this case.

Dated this _3rd_ day of _MARCH_, 20 _22_

_____
Deft.

_____
Cnsl.